IN RE: MEDICAL BIOMECH
PARTNERSHIP,
Appellant

2016-2159

United States Court of Appeals,
Federal Circuit.

May 15, 2017

JOSEPH ANTHONY FARCO, Locke Lord LLP, New York, NY, argued for appellant.

AMY J. NELSON, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by NATHAN K. KELLEY, BENJAMIN T. HICKMAN, THOMAS W. KRAUSE.

(Newman, Dyk, and Hughes, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

Channavjjala M. PRASAD, Petitioner

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent

2016-2267

United States Court of Appeals,
Federal Circuit.

May 15, 2017

E. JOHN STEREN, Epstein Becker & Green, P.C., Washington, DC, argued for petitioner.

MICHAEL ANTHONY RODRIGUEZ, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., ALLISON KIDD-MILLER.

(Newman, Clevenger, and Wallach, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**